137795

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 CV 00921 **Case Title:** Allan R. Schumaker v. Duluth Missabe & Iron Range Railway Company

**Affidavit of Movant**

I, Daniel J. Downes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert J. Drummond, an attorney admitted to practice in the Fifth District of Minnesota, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant Allan R. Schumaker in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 0128247 | 5/31/01 |

**Affidavit of Proposed Admittee**

I, Robert J. Drummond, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Robert J. Drummond | [signature] | 5/31/01 |

Attorney License Number: 03124251

Law Firm Name & Address: Hoey, Farina & Downes
542 S. Dearborn, Suite 200
Chicago, IL 60605

Telephone: (312) 939-1212

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 04 2001
Date

FILED JUN 04 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______