**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ALLAN R. SCHUMAKER, 01cv921 (JNE/RLE)

Plaintiff,

v. **ORDER FOR DISMISSAL**

DULUTH MISSABE & IRON RANGE RAILWAY COMPANY, INC.,

Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: October 27, 2004.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court